OPINION — AG — A PERSON WHO OCCUPIES A PUBLIC OFFICE PURSUANT TO STATE LAW MAY NOT SERVE UPON THE BOARD OF DIRECTORS OF A RURAL WATER DISTRICT. OPINION NO. 78-206 IS HEREBY OVERRULED AS TO ITS DETERMINATION THAT A RURAL WATER DISTRICT BOARD IS NOT A PUBLIC OFFICE. (WITHDRAWN, OPINION) (DUAL OFFICE HOLDING) CITE: OPINION NO. 79-019 OPINION NO. 79-202, 51 O.S. 1971 6 [51-6], 82 O.S. 1975 Supp., 1324.10 [82-1324.10] (C. ELAINE ALEXANDER) SEE: OPINION NO. 88-068 === SEE: OPINION NO. 89-071 (1990) === ** SEE OPINION NO. 92-604 (1992) SEE: OPINION NO. 94-603 (1995)